SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
JAMES P. MAYO (SBN: 169897)
jmayo@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
JAGUAR LAND ROVER
NORTH AMERICA, LLC

Adam M. Zolonz (SBN: 250591)
Jeff Zolonz (SBN: 73285)
**Law Offices of Adam Zolonz, A.P.C.**
16501 Ventura Blvd., Suite 210
Encino, California, 91436
adam@zolonzassociates.com
jeff@zolonzassociates.com
Attorneys for Plaintiff
YASSER R. MANSOUR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASSER R MANSOUR, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, a Delaware limited liability company; Unstoppable Automotive JLFCA, LLC, a California Limited Liability Company dba Jaguar Land Rover Fresno; and DOES 1 through 20, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 1:25-cv-01147-JLT-EPG<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REMAND PLAINTIFF'S CASE TO SUPERIOR COURT OF CALIFORNIA, COUNTY OF FRESNO** |

-1-

The Court, having reviewed the Parties' Joint Stipulation and for good cause showing, orders as follows:

1. The Parties' Stipulation is approved.

2. Eastern District of California Case No. 1:25-cv-01147-JLT-EPG is hereby remanded to the Superior Court of the State of California, County of Fresno.

IT IS SO ORDERED.

Dated:   **October 3, 2025**



UNITED STATES DISTRICT JUDGE